AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

| | | |
|---|---|---|
| ArrivalStar S.A. and Melvino Technologies Ltd. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| AT&T Mobility LLC, et al. | ) | **1:10**-cv-**0676** LJM-JMS |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ArrivalStar S.A. and Melvino Technologies Limited

Date: 05/28/2010

*Attorney's signature*

Geoffrey D. Smith          26597-79
*Printed name and bar number*

201 Main St., Suite 710
Lafayette, IN 47901

*Address*

gsmith@dowellbaker.com
*E-mail address*

(765) 429-4004
*Telephone number*

(765) 429-4114
*FAX number*